# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HANRAHAN,** | : | **CIVIL NO. 1:17-CV-1495** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **L.J. ODDO, WARDEN,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 15th day of April, 2019, upon consideration of the petition for writ of habeas corpus, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The Clerk of Court is directed to transfer the above-captioned action to the United States District Court for Eastern District of California. See 28 U.S.C. § 1404(a).

2. The Clerk of Court is further directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania