UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HANRAHAN,<br><br>    Petitioner,<br><br>v.<br><br>L.J. ODDO,<br><br>    Respondent. | No. 2:19-cv-0641 TLN KJN P<br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a federal prisoner, proceeding without counsel. Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 in the Middle District of Pennsylvania, where he is incarcerated. Petitioner was sentenced on September 29, 2014, in the Eastern District of California, to 375 months in federal prison, to run concurrently with the 13-year state sentence he was then serving, and argues that the sentencing judge intended petitioner to receive credit toward the service of his federal sentence starting on November 12, 2006. (ECF No. 1.) Petitioner requested that the court grant a *nunc pro tunc* designation and credit his federal sentence as beginning on November 12, 2006. (ECF No. 1 at 5-6.) Respondent filed a response, arguing that the petition should be denied because the Bureau of Prisons cannot provide the credit sought without an amendment ordering a U.S.S.G. § 5G1.3(b) adjustment. In the alternative, respondent argued the case should be transferred to the sentencing court. On April 16, 2019, the district court in Pennsylvania transferred the case to the Eastern District of California.

1

On September 27, 2019, in petitioner's federal criminal case, the government filed a motion to correct petitioner's sentence under Rule 36 of the Federal Rules of Criminal Procedure. United States v. Hanrahan, No. 2:11-cr-0119 WBS KJN (E.D. Cal.). (ECF No. 328.) In its motion, the government stated: "The Guidelines-based request to correct Hanrahan's sentence is through U.S.S.G. § 5G1.3(b) while the procedural mechanism is through Rule 36 in order to amend the judgment." No. 2:11-cr-0119 WBS KJN (ECF No. 328 at 2.) The requested amended judgment reducing petitioner's sentence by "7 years, 5 months, and 17 days" would "effectuate the intent of the parties and carry out the purpose of the Court's sentence," and "is consistent [with] the position taken by the United States in response to Hanrahan's § 2241 petition seeking sentence credit." No. 2:11-cr-0119 WBS KJN (ECF No. 328 at 2.)

On October 31, 2019, petitioner's overall sentence was reduced to 286 months, 17 days, correcting the previous judgment and commitment order listing 375 months in prison." Id. (ECF No. 337). On November 8, 2019, an amended judgment was entered accordingly. Id. (ECF No. 339.)

Because the sentencing court provided petitioner with the relief requested in this action, it appears this action should be dismissed as moot. Petitioner is provided an opportunity to show cause why this case should not be dismissed as moot, or he may request that this action be voluntarily dismissed. Failure to respond to this order will result in a recommendation that this action be dismissed as moot.

Therefore, IT IS HEREBY ORDERED that within fourteen days, petitioner shall show cause why this case should not be dismissed as moot or, in the alternative, he may request that this action be voluntarily dismissed.

Dated: December 12, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hanr0641.osc